# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 72212-3-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP BARRARA GARCIA, JR., | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED:   APR 1 3 2015 |
| | ) | |

PER CURIAM – Phillip Barrara Garcia appeals the sentence imposed following his guilty pleas to second degree burglary and unlawful imprisonment. He contends, and the State concedes, that the court miscalculated his offender score for both convictions and that he must be resentenced. We accept the concession. The parties have also stipulated that no motion for reconsideration or petition for review will be filed. Accordingly, the clerk shall issue the mandate immediately upon the filing of this decision. RAP 12.5(b).

Remanded for resentencing.

FOR THE COURT:

_____

Becker, J.

_____

Leach, J.